IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GUILLERMO A. MENESES, MARIA INEZ MENESES; DOES 1 TO 10 INCLUSIVE,<br><br>　　　　Defendants.<br>_____/ | No. C-14-0791 MMC<br><br>**ORDER REMANDING ACTION** |

　　　　Before the Court is defendants' Notice of Removal, filed February 21, 2014, in which defendants assert the Court has diversity jurisdiction over plaintiff U.S. Bank National Association's ("U.S. Bank") Complaint for Unlawful Detainer. Having read and considered the Notice, the Court rules as follows.

　　　　The instant notice of removal constitutes defendants' second removal of U.S. Bank's complaint. On November 8, 2013, defendants filed a notice of removal, asserting therein that the Court had diversity jurisdiction over U.S. Bank's complaint. (See U.S. Bank National Association v. Meneses, et al., C 13-5204 MMC, Doc. 1.) By order filed December 3, 2013, the Court remanded the complaint, finding the removal was substantively improper, because defendants had failed to show, and could not show, the requisite amount in controversy. See 28 U.S.C. § 1332(a) (providing district court has

1  diversity jurisdiction where "the matter in controversy exceeds the sum or value of $75,000,
2  exclusive of interest and costs and is between . . . citizens of different States")

3      Undeterred by the prior order of remand, defendants once again have removed the
4  complaint.  In their second notice, defendants repeat the assertions made in their first
5  notice of removal, specifically, that the Court has diversity jurisdiction over U.S. Bank's
6  complaint.[1]

7      Under such circumstances, the Court again finds, for the reasons stated in the
8  Court's order of December 3, 2013, that defendants have failed to show, and cannot show,
9  the Court has jurisdiction over U.S. Bank's complaint.[2]

10     Accordingly, the complaint is hereby REMANDED to the Superior Court of California,
11 in and for the County of San Mateo.

12     The Clerk shall close the file.

13     **IT IS SO ORDERED.**

15 Dated: February 28, 2014

                                  MAXINE M. CHESNEY
                                  United States District Judge

---

26     [1]The text of the second notice is identical to the text of the first notice.

27     [2]By separate order filed concurrently herewith, the Court has directed defendants to
28 show cause why an order should not be entered prohibiting them from filing, without
   advance court approval, any further notice of removal of the instant complaint.