IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>        Plaintiff,<br><br>  v.<br><br>GUILLERMO A. MENESES, MARIA INEZ MENESES; DOES 1 TO 10 INCLUSIVE,<br><br>        Defendants.<br>_____ / | No. C 14-0791 MMC<br><br>**PRE-FILING ORDER PRECLUDING DEFENDANTS GUILLERMO A. MENESES AND MARIA INEZ MENESES FROM FILING NOTICE OF REMOVAL WITHOUT PERMISSION OF DUTY JUDGE** |

By order filed February 28, 2014, the Court directed defendants Guillermo A. Meneses and Maria Inez Meneses to show cause, in writing and no later than March 12, 2014, why the Court should not impose upon them sanctions in the form of a pre-filing order restricting their ability to further remove plaintiff U.S. Bank National Association's complaint against them. Defendants have not filed a response.

Accordingly, and for the reasons stated in the Court's order of February 28, 2014, the Court finds it appropriate to issue a pre-filing order as to said defendants. Specifically, Guillermo A. Meneses and Maria Inez Meneses are hereby precluded from filing, without advance approval of the Duty Judge, a notice of removal of the matter titled <u>U.S. Bank National Association v. Meneses, et al.</u>, filed in the Superior Court of California, County of San Mateo, Case No. CLJ208509.

**IT IS SO ORDERED.**

Dated: March 14, 2014


MAXINE M. CHESNEY
United States District Judge